UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRISHAWNA L. SILBY,<br>            Plaintiff,<br><br>v.<br><br>PARISH OF JEFFERSON, ROY JUNCKER, DIRECTOR DEPARTMENT OF JUVENILE SERVICES, CHRISTOPHER TROSCLAIR, ASSISTANT DIRECTOR DJS, ABC INSURANCE COMPANY,<br>            Defendants | CIVIL ACTION<br>NO. 2:21-cv-00662<br><br><br>MAGISTRATE JUDGE:<br>JANIS VAN MEERVELD<br><br>JURY DEMANDED |

## ORDER ON MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM IN SUPPORT OF 12(b)(6) PARTIAL MOTION TO DISMISS

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of 12(b)(6) Partial Motion to Dismiss:

**IT IS ORDERED** that the Defendant's, Parish of Jefferson's, Motion for Leave be granted; its proposed Reply Memorandum in Support of its 12(b)(6) Partial Motion to Dismiss shall be filed into the record.

New Orleans, Louisiana, this 14th day of April, 2022.

_____
**HON. JANIS VAN MEERVELD**